IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GUADA TECHNOLOGIES LLC | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:16-CV-01158-RWS-RSP |
| SMULE, INC., | § § § | |
| Defendant. | § | |

## ORDER FOR SUPPLEMENTAL BRIEFING

In light of *TC Heartland LLC v. Kraft Foods Grp. Brands L.LC*, 2017 WL 2216934 (May 22, 2017), the Court ORDERS the parties to file supplemental briefs regarding Defendant's Motion to Dismiss for Lack of Jurisdiction and Improper Venue [Dkt. # 7]. The briefs should address (1) the effect, if any, of *TC Heartland* on Defendant's pending motion, (2) any need for jurisdictional discovery, and (3) to where the case could be transferred if the Court finds the motion should be granted.

| Brief | Deadline | Page Limit |
|---|---|---|
| Defendant's Supplemental Brief | 10 days from the date of this Order | 12 pages |
| Plaintiff's Responsive Supplemental Brief | 10 days after service of Def.'s Supp. Br. | 12 pages |

**SIGNED this 2nd day of June, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE